# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 5D2023-0342
LT Case No. 16-2020-CF-008854-AXXX
_____

JUSTINA LYNN WRIGHT,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Duval County.
Adrian G. Soud, Judge.

Matthew J. Metz, Public Defender, and Victoria Rose Cordero,
Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, and Michael Schaub, Assistant
Attorney General, Tallahassee, for Appellee.

June 18, 2024

PER CURIAM.

    AFFIRMED.

WALLIS, JAY, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____